# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Tamio T Shipman-Allen

v.

Case Number:

(Full name of defendant(s))

Sgt DeGroff

Sgt Stacy DeCesare

LT. Chris Schwab

Sgt Nelson

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   Waupun Correctional Inst. PO Box 351 Waupun, WI 53963
   (Address of prison or jail)

2. Defendant Sgt DeGroff
   (Name)

   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)

   and (if a person) resides at I dont Know
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for __Department of Corrections__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On January 17, 2023 I Was on OBS for Suicide Attemps on my life. I came out my room to take a Shower on Lower-A Range Where I was housed in RHU in A-103 A few moments inside the Shower Me and My OBS Checker Sgt DeGroff had Words with each other at that point I threw Something on him. At that point he became very upset and Started Calling "Niggers", "Black Cunts", "Bitches", and "Mother Fuckers". He Stated he had Something for my bitch ass. Let it be noted When the Incident took place with me throwing Something at DeGroff, Sgt DeCesare was Standing next to him. Both officers left off Range But 10-15 Seconds later DeGroff returned by himself With a bottle of OC Spray. Sgt DeGroff began OC Spraying Me in My Face & Body. I didnt have on any clothes

Complaint – 2

Case 2:23-cv-00232-SCD    Filed 02/16/23    Page 2 of 7    Document 1

At the time due to Me taking a Shower. While Spraying me DeGroff begain Stating "you Black Cunt how do you like that bitch you Fucking Nigger". DeGroff Stopped Spraying Walked all the way up to the front of my Shower door and Sprayed Some more, I tried my best to cover myself from the Assault But I couldn't Avoid him because he was Spraying all over the Shower and because the Shower was so Small I didn't have much room to work with. Sgt DeGroff Walked away after Spraying me but returned a short while later While I was trying to wash the OC off. and turned my Shower water off. and then asked Me "How do you like that Bitch, It Burn doesn't it". The Spraying Incident took place at 5:45pm I didn't get seen by HSU Nurse until after 6:17pm So DeGroff left me Sprayed for over 30 mins. Other Inmates along with myself started Kicking, Yelling and Banging the Doors to get the attention from other C.O's at 6:00pm Sgt Decesare came down to Lower A-Range and asked what was going on. Inmates started yelling out there Rooms "The ABS Checker Just Sprayed Shipman-Allen". At that time Sgt Decesare came to the front of A-Range front door about 20 feet from my Shower & asked me Whats going on I told Sgt Decesare about the Incident and told her I needed

The Nurse because I couldn't breath and my face, eyes and Body was burning. Sgt Decesare informed me that the 2nd Shift Sgt of RHU was Sgt Nelson and he is aware of the Sitution & When 2nd Shift RHU Superviser LT Schwab gets time he would stop by. At or around 6:17pm RHU Superviser LT. Schwab came to my shower to speak with me. I informed LT Schwab of the incident between Me & Sgt DeGroff LT Schwab told me he was not aware DeGroff OC Sprayed me after I asked LT Schwab why he took so long to come give me Med help. He said at 6:00pm via phone call from RHU Sgt Nelson I had thrown a cup of piss onto Sgt DeGroff. I asked LT Schwab to be seen by HSU staff along with another shower and to speak with the prison Captain to report my Incident. LT. Schwab stated I couldn't get a shower but I could get my face Rinsed off under water and get it wiped off with a dry towel he stated that was D.O.C. policy. after getting OC sprayed. I informed the LT that my whole Body was covered in OC so please can I get a full Body shower. he stated I can get my face Rinsed off or get nothing at that point I seen the nurse & was treated for burning to my eyes, face, chest, back and Right arm. I also was seen by the prison Captain after he watched the body footage he came over to RHU and took my statement. On 2-3-23 Two Dodge County Sherriff's detectives came to the prison and Interviewed Me the interview was supervised by W.C.I LT. Burns They asked if I wanted to press charges & that the case was been sent to the A.D.A for charges on DeGroff for Battery. They had me sign a Victim Consent form to go forward with the case. I would like it to be noted at the time I threw something onto DeGroff he made No Attemp to use force to stop me at that second but removed himself from me Which is D.O.C policy after removing himself from me & My Shower I was no longer a threat to him and he was out of harms way. let it be noted he returned to my shower seconds later Armed with a bottle of OC Spray and without the help of any other staff with the intent to harm me & Retalation for me dashing him. He also made the statement before Returning with the OC that "He had something—

for my Bitch ass". So I believe that was his intent to get back at me. I also Believe my 8th Amendment Rights was violated of excessive force, deliberate indifference & Retalation also failer to intervine. I did file ICE to the prison along with a complaint to Madison before filing My 1983.

2.13.23

Tamio T. Shipman-Allen #599135

C.  JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Would like the Courts to award me $250,000 $ cover all my Medical bills and any legal Bills. that I Would have to pay for filing this Lawsuit.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 13th day of Feb 2023.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

599135

Plaintiff's Prisoner ID Number

Waupun Correctional Inst.

P.O Box 351 Waupun, WI 53963

(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5